Filed in U.S. Bankruptcy Court
Atlanta, Georgia

JUN 27 2023

M. Regina Thomas, Clerk
By: _____
Deputy Clerk

Ferris Carter

CASE NO. 23-10612

CHAPTER 13

## MOTION TO OBJECT NOTICE TO LANDLORD/LESSOR CONCERING APPLICABILITY OF EXCEPTION TO AUTOMATIC STAY PROVIDED UNDER 11 U.S.C / 362(B)(22)

Debtor(s)

Answer to judgement possession of residential property in which Debtor resides as a tenant. In accordance with 11 U.S.C. / 362(1)(4)(B)

The Debtor(s) attempted to pay into the clerk of court but was instructed to hold payment due to the fact that no one had any idea where the money should be paid. Request a stay on this matter and permission to pay into the court once matters are heard and resolved.

Dated: June 27, 2023

FERRIS CARTER, PRO SE